# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant. | Civil Action No. 2:15-cv-01187-JRG-RSP |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg, S.A. and defendant Autodesk, Inc., pursuant to Fed. R. Civ. P. 41, hereby move for an order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

WHEREFORE, the Parties respectfully request that the Court dismiss this action in accordance with the proposed Order that accompanies this motion.

|  |  |
|---|---|
| Dated:  December 27, 2017 | **WARREN RHOADES LLP** |
|  | By: */s/ Sanford E. Warren, Jr.* <br> Sanford E. Warren, Jr. <br> State Bar No. 20888690 <br> R. Scott Rhoades <br> State Bar No. 90001757 <br> 1212 Corporate Drive, Suite 250 <br> Irving, Texas  75038 <br> Telephone:  (972) 550-2955 <br> Facsimile:  (469) 422-0091 <br> swarren@wriplaw.com <br> srhoades@wriplaw.com |
|  | *Attorneys for Plaintiffs* <br> *UNILOC USA, INC.and UNILOC LUXEMBOURG, S.A.* |
| Dated:  December 27, 2017 | Respectfully submitted, |
|  | **MORRISON & FOERSTER LLP** |
|  | By: */s/ Rudy Y. Kim (with permission)* <br> Rudy Y. Kim <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 813-5600 <br> Facsimile:  (650) 494-0792 <br> rudykim@mofo.com |
|  | **GILLAM & SMITH LLP** |
|  | Harry L. Gillam, Jr. <br> State Bar No. 0792 1800 <br> GILLAM & SMITH LLP <br> 303 South Washington Avenue <br> Marshall, Texas  75670 <br> Telephone:  (903) 934-8450 <br> Facsimile:  (903) 934-8450 <br> gil@gillamsmithlaw.com |
|  | *Attorneys for Defendant* <br> *AUTODESK, INC.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on December 27, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Sanford E. Warren, Jr.*
Sanford E. Warren, Jr.